IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER LEE NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWES COUNTY, NEBRASKA, JOHN R. MADSEN, individually and in their official capacities as County Commissioners, GARY FISHER, individually and in their official capacities as County Commissioners, GIL NITSCH, individually and in their official capacities as County Commissioners, and JEFF FANKHAUSER, In his individual and official capacity as Veteran Service Officer, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion of defendants Madsen, Fisher, Nitsch and Fankhauser for time, filing 18, is granted and the deadline for filing motions to dismiss on grounds of qualified immunity is extended to October 1, 2007.

DATED this 26th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge