```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ROGER LEE NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWES COUNTY, NEBRASKA, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendants' motion to continue deadline, filing 22, is granted **in part** and the deadline for filing motions for summary judgment is extended to December 4, 2007.

DATED this 30th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge