IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER LEE NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWES, COUNTY OF, Nebraska, JOHN R. MADSEN, individually and in their official capacities as County Commissioners, GARY FISHER, individually and in their official capacities as County Commissioners, GIL NITSCH, individually and in their official capacities as County Commissioners, and JEFF FANKHAUSER, In his individual and official capacity as Veteran Service Officer, | ) ) ) ) ) ) ) ) ) ) ) | ORDER ON MOTION TO FILE BRIEF OUT OF TIME AND STIPULATION FOR DISMISSAL OF FIRST CAUSE OF ACTION, RESERVING ALL OTHERS |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion to File Brief Out of Time, filing 27, is granted and the brief may be filed on or before November 16, 2007; and

2. the Stipulation for Dismissal of First Cause of Action, Reserving All Others, filing 25, is approved and the first cause of action is hereby dismissed.

Dated November 7, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge