IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER LEE NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWES, COUNTY OF, Nebraska, JOHN R. MADSEN, individually and in their official capacities as County Commissioners, GARY FISHER, individually and in their official capacities as County Commissioners, GIL NITSCH, individually and in their official capacities as County Commissioners, and JEFF FANKHAUSER, In his individual and official capacity as Veteran Service Officer, | ) ) ) ) ) ) ) ) ) ) | ORDER ON MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff filed a Motion to Extend Time to Respond to Motion for Summary Judgment, filing 37, requesting until January 15, 2008, to file and serve his response to the defendant's Motion for Summary Judgment, filing 33, filed on December 4, 2007. The defendant objected to the motion to extend time, filing 38, requesting that the motion be denied or alternatively make the response due on or before Friday, January 4, 2008.

IT IS ORDERED that:

1. the plaintiff's Motion to Extend Time to Respond to Motion for Summary Judgment, filing 37, is granted in part and denied in part. The plaintiff shall have on or before January 10, 2008, in which to file and serve his response to the defendant's Motion for Summary Judgment; and

2. the Objection to Motion to Extend Time to Respond to Motion for Summary Judgment, filing 38, is denied.

Dated December 28, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge