IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER LEE NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3126 |
| | ) | |
| v. | ) | |
| | ) | |
| DAWES COUNTY, NEBRASKA, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court for determination of place of trial. Defendants have requested trial in North Platte, Nebraska, to which plaintiff does not object.

Having reviewed the request and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that North Platte, Nebraska, should be designated as place of trial.

IT THEREFORE HEREBY IS ORDERED,

1. Defendants' motion for trial at North Platte, filing 52, is granted.

2. Trial will be held in North Platte, Nebraska and the case calendared accordingly.

3. Trial is continued until further order.

DATED this 17th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge